UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROSSBORDER SOLUTIONS, INC. and CROSS BORDER TRANSACTIONS, LLC d/b/a CROSSBORDER SOLUTIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGA HOY, JIAXIN "CLAIRE" SONG, LIJUN "MAGGIE" TIAN, and MACIAS, GINI, AND O'CONNELL LLP<br><br>    Defendants. | Civil No. 20-cv-04877(NSR)<br><br>[~~PROPOSED~~] ORDER FOR WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANT LIJUN "MAGGIE" TIAN |

In accordance with S.D.N.Y. Local Rule 1.4 and this Court's Order dated August 7, 2020 [ECF 63], Mr. Paul Saso and Ms. Wendy Stein of Gibbons P.C. hereby submit a proposed order to effectuate their withdrawal as attorneys of record for Individual Defendant Lijun "Maggie" Tian ("Tian");

This Court having fully considered the record before it, and for good cause shown:

**IT IS** on this __26__ day of __August__, 2020, hereby

**ORDERED** that Gibbons P.C. will no longer be counsel of record for Defendant Tian and it is further

**ORDERED** that all notices to the parties in this matter (via ECF or otherwise) in connection with this action should be emailed to Ms. Tian's personal email address at maggieltian@gmail.com.

**IT IS SO ORDERED.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/2020

The Honorable Nelson S. Román
United States District Judge
Dated: August 26, 2020
White Plains, NY

Copy mailed by Chambers to *pro se* Defendant Tian.