UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

CROSSBORDER SOLUTIONS, INC., et al.,

                        Plaintiff(s),        **ADJOURNMENT ORDER**

- against -

                                          20 Civ. 4877 (NSR)

HOY, et al.,

                        Defendant(s).

---------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a status conference on May 28, 2021 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Plaintiffs' motion to amend and the completion of discovery.

                                                                SO ORDERED.

                                                               Hon. Nelson S. Román, U.S.D.J.

Dated:    White Plains, New York
             May 25, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021