UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/01/2022
```

CROSSBORDER SOLUTIONS, INC. and CROSS BORDER TRANSACTIONS, LLC d/b/a CROSSBORDER SOLUTIONS,

    Plaintiffs,

-against-

MACIAS, GINI & O'CONNELL, LLP and SANJAY AGARWAL

    Defendants.

Case No. 20-cv-4877(NSR)(JCM)

**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**

**MEMO ENDORSED**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, together with the Declaration of Kenneth W. Taber, *Esq.* and the exhibits attached thereto, Plaintiffs CrossBorder Solutions, Inc. and Cross Border Transactions, LLC *d/b/a* CrossBorder Solutions (together, "CrossBorder"), by undersigned counsel, will move before the United States District Court for the Southern District of New York, Honorable Nelson S. Román presiding, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601-4150, at a time and date convenient for the Court, for an Order confirming the arbitration award dated July 30, 2021 regarding CrossBorder's claims against former Defendants Liga Hoy and Jiaxin "Claire" Song.

                                                Respectfully submitted,

Dated: July 30, 2022

                                          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                          By:    */s/ Kenneth W. Taber*
                                   Kenneth W. Taber
                                   Brian L. Beckerman

4869-6495-1852

31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 858-1000
Fax: (212) 858-1500
kenneth.taber@pillsburylaw.com
brian.beckerman@pillsburylaw.com

*Counsel for Plaintiffs CrossBorder Solutions, Inc. and Cross Border Transactions, LLC d/b/a CrossBorder Solutions*

**The Court DENIES Plaintiffs' motion without prejudice for failure to follow my Individual Practices.** *See* **Sec. 3.A.ii.**

**The Clerk of the Court is directed to terminate the motion on ECF No. 177.**

    Dated: August 1, 2022
           White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2

4869-6495-1852